UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DAVID W. SVETE,

        Plaintiff                  Case No. 2:07-CV-156
                                        District Judge Sargus

vs.                                                 Magistrate Judge King

HOWARD F. WUNDERLICH, M.D., ET AL.,

        Defendants

ORDER

Defendant Wunderlich's September 20, 2007 motion (Doc. 27) submitting his earlier motion for judgment on the pleadings (Doc. 17) for decision on the grounds that Plaintiff had not timely responded was effectively rendered moot by the Court's Opinion and Order of January 1, 2008 (Doc. 50) ruling on various then-pending motions, including a denial of the motion contained in Document 17. Defendant's motion thereafter submitting that earlier motion for decision (Doc. 27) is therefore also DENIED as moot.

SO ORDERED.

8-11-08
Dated

                                                  Edmund A. Sargus, Jr.
                                                United States District Judge