IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DAVID W. SVETE,

    Plaintiff,

vs.                              Civil Action 2:07-CV-156
                                  Judge Sargus
                                  Magistrate Judge King
MD HOWARD F. WUNDERLICH,
et al.,

    Defendants.

## ORDER

On June 11, 2009, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Defendant Whitfield's motion to dismiss based on plaintiff's discovery responses be denied. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. Defendant Whitfield's motion to dismiss based on plaintiff's discovery responses, Doc. No. 133, is **DENIED**.

                                                      7-7-2009
                                        Edmund A. Sargus, Judge
                                        United States District Court