IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DAVID W. SVETE,

    Plaintiff,

vs.                         Civil Action 2:07-CV-156
                              Judge Sargus
                              Magistrate Judge King

MD HOWARD F. WUNDERLICH,
et al.,

    Defendants.

## ORDER

Plaintiff has filed a motion to reconsider the order adopting, without objection, the *Report and Recommendation* dated June 11, 2009, Doc. No. 172. Plaintiff explains that he did, in fact, make objection to the *Report and Recommendation*, but that those objections were not before the Court when it adopted the *Report and Recommendation*.

On August 4, 2009, the Court expressly considered, but rejected, plaintiff's objections to the *Report and Recommendation*. *Order*, Doc. No. 173. Under these circumstances, plaintiff's motion to reconsider, Doc. No. 172, is **DENIED** as moot.

8-6-2009
Date

                                              Edmund A. Sargus, Jr.
                                              United States District Judge